United States District Court
Southern District of Texas
**ENTERED**
October 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PATRICIA GALVIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:19-CV-326 |
| § | |
| WALMART INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Pursuant to the parties request as stated in stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 (A)(1)(II) [Dkt. 19], the court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

THIS IS A FINAL JUDGMENT.

Signed on Galveston Island on this 6th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE